# BOND SCHOENECK & KING

350 Linden Oaks, Third Floor | Rochester, NY 14625-2825 | bsk.com

**KATHERINE MCCLUNG**
mcclungk@bsk.com
P: 585.362.4703
F: 585.362.4773

September 13, 2024

**VIA ELECTRONIC FILING**

Hon. Miroslav Lovric
United States District Court
Northern District of New York
15 Henry Street
Binghamton, NY 13901

Re:   *Bookhout, et al. v. Amphenol Corporation*, Case No. 3:23-cv-0777

Dear Judge Lovric:

This firm represents Defendant in the above-referenced action. I am writing to provide a joint status report on behalf of the parties, with the consent of Plaintiffs' counsel. The parties are preparing an execution copy of the settlement agreement to circulate for signature. Therefore, the parties request an additional two weeks (through September 27, 2024) for the parties to obtain the necessary signatures on the settlement agreement and for Plaintiffs to file the preliminary approval motion.

Thank you for your consideration of this request.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

Katherine McClung
Member

Cc:   James Murphy
      Michele Moreno
      Lloyd Ambinder
      Frank Gattuso