# BOND SCHOENECK & KING

350 Linden Oaks, Third Floor | Rochester, NY 14625-2825 | **bsk.com**

**KATHERINE MCCLUNG**
mcclungk@bsk.com
P: 585.362.4703
F: 585.362.4773

October 1, 2024

**VIA ELECTRONIC FILING**

Hon. Miroslav Lovric
United States District Court
Northern District of New York
15 Henry Street
Binghamton, NY 13901

Re:   *Bookhout, et al. v. Amphenol Corporation*, Case No. 3:23-cv-0777

Dear Judge Lovric:

This firm represents Defendant in the above-referenced action. I am writing to provide a joint status report on behalf of the parties, with the consent of Plaintiffs' counsel. The attorneys have circulated an execution copy of the settlement agreement to the parties for review, approval, and signature. Counsel for the parties anticipate that this process will be completed and that Plaintiffs will file a motion for preliminary approval on or before October 25, 2024. Therefore, the parties request an extension through that date for Plaintiffs to file the preliminary approval motion or for the parties to provide a status report.

Thank you for your consideration of this request.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

*[signature]*

Katherine McClung
Member

Cc:   James Murphy
      Michele Moreno
      Lloyd Ambinder
      Frank Gattuso

18462900