UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM BOOKHOUT, SAMUEL BACKUS, AND TANIA BACKUS, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>AMPHENOL CORPORATION d/b/a AMPHENOL AEROSPACE, and any related entities,<br><br>Defendants. | Case No.: 23-cv-0777 (TJM/ML)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of James Emmet Murphy sworn to on October 25, 2024, all exhibits attached thereto, upon Plaintiffs' Memorandum of Law in Support of the Motion, and upon all prior pleadings and proceedings herein, the undersigned will move before the Honorable Miroslav Lovric, at the United States Courthouse for the Northern District of New York, located at 15 Henry Street, Binghamton, New York 13901, on a return date set by the Court, for an Order: (1) preliminarily approving the proposed class action settlement; and (2) granting such other and further relief as the Court may deem just and proper.

Dated: New York, New York
         October 25, 2024

                                        _____/s/_____
                                        James E. Murphy, Esq.
                                        Michele Moreno, Esq.
                                        VIRGINIA & AMBINDER, LLP
                                        40 Broad Street, 7th Floor
                                        New York, New York 10004
                                        Tel: (212) 943-9080
                                        jmurphy@vandallp.com

                                        GATTUSO & CIOTOLI, PLLC
                                        Frank S. Gattuso, Esq.
                                        The White House
                                        7030 E. Genesee Street
                                        Fayetteville, New York
                                        315-314-8000

1

fgattuso@gclawoffice.com

*Counsel for Named Plaintiffs and the Putative Class*