UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM BOOKHOUT, SAMUEL BACKUS, AND TANIA BACKUS, individually and on behalf of all other persons similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiffs,<br><br>　　　-against-<br><br>AMPHENOL CORPORATION d/b/a AMPHENOL AEROSPACE, and any related entities,<br>　　　　　　　　　　　　　　Defendants. | Case No.: 23-cv-0777 (AJB/ML)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of James E. Murphy, sworn to on July 29, 2025, and upon all prior papers and proceedings herein, Plaintiffs by their undersigned attorneys, will move before the Honorable Anthony J. Brindisi, at the United States Courthouse for the Northern District of New York, located at 10 Broad Street, Utica, New York, 13501, on August 12, 2025, for an Order granting final approval of the settlement of this action, an award of attorneys' fees and costs for legal services, settlement claims administration fees, and service awards, and for any further relief as this Court sees fit.

Dated: July 29, 2025

　　　　　　　　　　　　　　　　　　　　　　*/s/ James Emmet Murphy*
　　　　　　　　　　　　　　　　　　　　　　James Emmet Murphy, Esq.
　　　　　　　　　　　　　　　　　　　　　　Michele A. Moreno, Esq.
　　　　　　　　　　　　　　　　　　　　　　VIRGINIA & AMBINDER, LLP
　　　　　　　　　　　　　　　　　　　　　　40 Broad Street, 7th Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　　　Tel:　(212) 943-9080
　　　　　　　　　　　　　　　　　　　　　　Fax:　(212) 943-9082
　　　　　　　　　　　　　　　　　　　　　　jmurphy@vandallp.com

　　　　　　　　　　　　　　　　　　　　　　　-and-

　　　　　　　　　　　　　　　　　　　　　　*/s/ Frank S. Gattuso*
　　　　　　　　　　　　　　　　　　　　　　Frank S. Gattuso
　　　　　　　　　　　　　　　　　　　　　　GATTUSO & CIOTOLI, PLLC
　　　　　　　　　　　　　　　　　　　　　　The White House

Case 3:23-cv-00777-AJB-ML   Document 44   Filed 07/29/25   Page 2 of 2

<div style="text-align: right">

7030 E. Genesee Street
Fayetteville, New York 13066
(315) 314-8000
fgattuso@gclawoffice.com

</div>

*Attorneys for Plaintiff Settlement Class*